IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
LATTA WATSON,                                                  :   Civil Action No.: 04-CV-4729
                                                               :   (JBW)(ASC)
        Plaintiff,                                            :
                                                               :   **STIPULATION OF DISMISSAL**
                                                               :   **WITH PREJUDICE**
                                                               :
        v.                                                    :
                                                               :
ELI LILLY AND COMPANY,                                         :
                                                               :
        Defendant.                                            :
                                                               :
                                                               :
------------------------------------------------------------- x

    Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice with each party to bear its own costs.

| SEEGER WEISS LLP | PEPPER HAMILTON LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| _____ | _____ |
| Christopher A. Seeger, Esq. | Nina Gussack, Esq. |
| A Member of the Firm | George A. Lehner, Esq. |
| | Matthew Hamilton, Esq. |
| | ~~A Member of the Firm~~ |
| Dated: June 4, 2007 | Dated: June 6, 2007 |